UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 12440
    ANNA LESNY
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-3039
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/15/05 and confirmed on 10/21/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 7132.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANCO POPULAR NORTH AMER | UNSECURED | 2365.92 | .00 | 2041.57 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS MEMORIAL HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| CHILDRENS SURGICAL FOUND | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 526.26 | .00 | 454.11 |
| WORLD FINANCIAL NETWORK | UNSECURED | 3682.33 | .00 | 3177.51 |
| RESURRECTION HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| RESURRECTION HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 659.77 | .00 | 569.32 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 7234.28 | .00 | 7234.28 |
| PRINCIPAL PAID | .00 | .00 | 6242.51 | .00 | 6242.51 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 6242.51 | .00 | 6242.51 |

The Debtor's attorney, JOSEPH WROBEL ESQ           , was allowed $   1200.00 and was paid $   600.00   direct and $   600.00   through the plan.

The Trustee received $   289.49 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 10/08/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                                    PAGE   2
         CASE NO. 05 B 12440 ANNA LESNY
```